# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2018

Stephen J. Markman,
Chief Justice

157937(47)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PHAEDRA PETERSEN,
      Plaintiff-Appellee,

v

CHARTER TOWNSHIP OF SHELBY,
      Defendant-Appellant,
_____/

SC:  157937
COA:  336301
Macomb CC:  14-001422-CZ

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2018



Clerk